UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 13-26-DCR |
| V. | ) | |
| ARTHUR JENT, JR., | ) | **ORDER** |
| Defendant. | ) | |

*** *** *** ***

This matter is pending for consideration of Defendant Arthur Jent, Jr.'s motion for a sentence reduction under 18 U.S.C. § 3582, based upon Amendment 782 to the United States Sentencing Guidelines ("U.S.S.G."). [Record No. 210] Jent is currently serving a term of 60 months' imprisonment, based on the guidelines in effect at the time of his sentencing hearing (May 30, 2014). [Record No. 188] Under the U.S.S.G., Jent's Total Offense Level was 25 and he was in Criminal History Category I, which yielded a guideline range of 57-71 months.

Jent is currently scheduled to be released from incarceration on November 16, 2017. *See* www.bop.gov/inmateloc/ (last checked September 8, 2015). The United States Sentencing Commission has since amended the applicable guideline range and given the amendments retroactive effect. *See* U.S.S.G. App. C., amend. No. 782, U.S.S.G. § 1B1.10, p.s. (eff. Nov. 1, 2014). As a result, the relevant drug quantity table in the U.S.S.G. was reduced by two levels.

Having considered Jent's motion, the policy statement set forth in U.S.S.G. § 1B1.10, and the relevant sentencing factors under 18 U.S.C. § 3553(a), the Court will grant the motion. Application of the amendment to this defendant's guideline calculation results in a Total Offense

Level of 23. This corresponds to a non-binding guideline range of 46 to 57 months. Accordingly, it is hereby

**ORDERED** as follows:

1. Defendant Arthur Jent Jr.'s motion for a sentence reduction under 18 U.S.C. § 3582 [Record No. 210] **GRANTED**. The defendant's previously imposed sentence of imprisonment, as reflected in this Court's Judgment entered May 30, 2014 [Record No. 188] of 60 months is **REDUCED** to **49 months**, which is within the amended guideline range. If this sentence is less than the amount of time the defendant has already served, the sentence shall be reduced to a "time served" sentence. U.S.S.G. Manual § 1B1.10 (b) (2) (C).

3. Except as otherwise provided, all provisions of the Judgment [Record No. 188] entered on May 30, 2014, remain in effect. The effective date of this Order is **November 1, 2015**. *See* U.S.S.G. Manual § 1B1.10(e)(1).

This 8th day of September, 2015.

**Signed By:**

***Danny C. Reeves*** DCR

**United States District Judge**